**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Seaguard Electronics, LLC<br><br>PLAINTIFF(S)<br>v.<br>Audiovox Corporation, nka Voxx International Corporation<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>2:22-cv-01651-FLA-MRW<br><br>**ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 11/15/2022 | 44 | Application of Non-Resident Attorney to Appear in a Specific Case Pro Hac Vice |

**IT IS HEREBY ORDERED:**

☑ The document is stricken
☐ The hearing date has been rescheduled to _____ at _____.
☐ A notice of interested parties shall be filed no later than 5 days from entry of this Order.
☑ Other:

　Please note that electronic, image or stamp signatures are not allowed for either applicant or local counsel. See Instructions for Applicants. (1).

Dated:  11/17/2022    By: _____
　　　　　　　　　　　　　U.S. District Judge / ~~U.S. Magistrate Judge~~

G-112B (08/22)　　ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT