JS-6

1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11 | SEAGUARD ELECTRONICS, LLC, a          Case No. 2:22-cv-01651-FLA (MRWx)
   | Nevada corporation,
12 |                                         **<u>JUDGMENT</u>**
   |                          Petitioner,
13 |
   |        v.
14 |
15 | AUDIOVOX CORPORATION, nka
   | VOXX INTERNATIONAL
16 | CORPORATION, a Delaware
   | corporation,
17 |
18 |                          Respondent.
19
20
21
22
23
24
25
26
27
28

The court has considered the arguments and evidence submitted in connection with Petitioner Seaguard Electronics, LLC's ("Seaguard") Petition to Confirm Arbitration Award (Dkt. 1, "Petition to Confirm") and Respondent VOXX International Corporation's ("VOXX," formerly known as Audiovox Corporation) Petition to Vacate Arbitration Award (Dkt. 25, "Petition to Vacate").  On July 18, 2023, the court granted Seaguard's Petition to Confirm and denied VOXX's Petition to Vacate.  Dkt. 49.  The court has further considered Seaguard's Memorandum of Interest in support of its Proposed Judgment.  Dkt. 50-2.

For the reasons stated in the court's July 18, 2023 Order, the court hereby CONFIRMS the Arbitrator's Partial Final Award with Regard to the Bifurcated Issues ("Final Award") in its entirety and, pursuant to Federal Rule of Civil Procedure 58, ENTERS Judgment in favor of Seaguard and against VOXX, as follows:

1.     The court AWARDS Seaguard **$39,444,475.00** in damages and **$798,201.60** in attorney's fees and costs, for a total award of **$40,242,676.60**, as set forth in the Final Award (Dkt. 1-11 at 76); and

2.     The court AWARDS Seaguard prejudgment interest, at an annual simple rate of 10%, pursuant to Cal. Civ. Code § 3289(b), calculated as follows: (a) on damages in the amount of $39,444,475.00 from November 30, 2021, the date of the Interim Award, to the date this Judgment is signed; and (b) on attorneys' fees in the amount of $798,201.60 from March 3, 2022, the date of the Final Award, to the date this Judgment is signed, for prejudgment interest in the total amount of **$6,760,277.63**.

3.     In sum, the court enters Judgment in Seaguard's favor in the total amount of **$47,002,954.23**.

4.     Further, the court awards Seaguard post-judgment interest at an annual rate of 5.37%, pursuant to 28 U.S.C. § 1961.

5.     Seaguard is the prevailing party in this action.  VOXX, therefore, shall

pay the reasonable attorneys' fees incurred by Seaguard to confirm the Final Award, in an amount to be submitted and approved by the court, pursuant to the prevailing party provision in Paragraph 23 of the Seaguard-VOXX Supply Agreement.  *See* Dkt. 1-2, ¶ 23.

IT IS SO ADJUDGED.

Dated: August 7, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge

3