SANFORD L. MICHELMAN (SBN 179702) smichelman@mrllp.com
REUBEN A. GINSBURG (SBN 142732) rginsburg@mrllp.com
ADAM M. KORN (SBN 333270) akorn@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024
Tel: (310) 299-5500
Fax: (310) 299-5600

MATTHEW R. LASKY
mlasky@mrllp.com
**MICHELMAN & ROBINSON, LLP**
One North Wacker Drive, Suite 2180
Chicago, IL 60606
Tel: (312) 638-5671
Fax: (312) 638-5672
(*Admitted pro hac vice*)

MONA Z. HANNA (SBN 131439)
mhanna@mrllp.com
JENNIFER A. MAURI (SBN 276522)
jmauri@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Ave., Ste. 1000
Irvine, CA 92614
Tel: (714) 557-7990
Fax: (714) 557-7991

ASHLEY N. MOORE
amoore@mrllp.com
MATTHEW E. YARBROUGH
myarbrough@mrllp.com
JASON BLACKSTONE
jblackstone@mrllp.com
**MICHELMAN & ROBINSON, LLP**
300 Crescent Ct., Suite 1700
Dallas, TX 75201
Tel: (214) 273-4050
Fax: (214) 853-4113
(*Admitted pro hac vice*)

Attorneys for Respondent/Counter-petitioner
*VOXX INTERNATIONAL CORPORATION*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| SEAGUARD ELECTRONICS, LLC,<br><br>    Petitioner/Counter-respondent,<br>vs.<br><br>VOXX INTERNATIONAL CORPORATION,<br><br>    Respondent/Counter-petitioner. | Case No. 22-cv-01651-FLA (MRW)<br><br>**VOXX'S UNOPPOSED EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO APPROVE APPEAL BOND AND STAY ENFORCEMENT OF JUDGMENT; DECLARATION OF REUBEN GINSBURG**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 6B<br>Judge: Hon. Fernando Aenlle-Rocha |

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

**TO SEAGUARD ELECTRONICS, LLC AND ITS ATTORNEYS OF RECORD:**

Voxx International Corporation (Voxx) hereby applies for an order shortening time to hear Voxx's Motion to Approve Appeal Bond and Stay Enforcement of Judgment (Motion). A hearing on shortened time is necessary because a hearing on regular notice would expose Voxx to the threat of enforcement for weeks after the 30-day automatic stay expires, which may cause harm to Voxx.

Counsel for Seaguard Electronics, LLC has stipulated to the relief sought in this application, that is, an order shortening time on the briefing and hearing schedule set forth below, and does not oppose this ex parte application.

There is good cause to grant this application because Voxx sought to stipulate with Seaguard for a temporary stay of enforcement pending Voxx's motion to amend the judgment without success, and sought an agreement on the amount of a bond to no avail, and now diligently moves for court approval of a bond to stay enforcement.

This application is based on the attached memorandum and declaration of Reuben Ginsburg, the papers and records filed herein, and such other evidence or argument as may be presented to the Court at the hearing.

MICHELMAN & ROBINSON, LLP

Date: August 31, 2023

Sanford L. Michelman, Mona Z. Hanna
Matthew E. Yarbrough, Jason Blackstone
Ashley N. Moore, Reuben A. Ginsburg
Jennifer A. Mauri, Adam M. Korn
Attorneys for Respondent/Counter-petitioner
VOXX INTERNATIONAL CORPORATION

## MEMORANDUM OF POINTS AND AUTHORITIES

This Court confirmed the partial final arbitration award on July 18, 2023, Dkt. 49, and entered a judgment in favor of Seaguard Electronics, LLC (Seaguard) in the amount of $47,002,954.23 on August 7, 2023. Dkt. 51. The judgment is automatically stayed for 30 days, until September 6, 2023. Fed. R. Civ. P. 62(a).

Voxx has filed a notice of appeal from the order confirming the award, Dkt. 52, and a motion to amend the judgment to reduce the amount of prejudgment interest. Dkt. 57. Voxx intends to appeal the judgment as well.

Voxx's counsel contacted Seaguard's counsel on August 22, 2023, requesting a stipulation to stay enforcement of the judgment pending a ruling on Voxx's proposed motion to amend the judgment. Seaguard's counsel declined. Voxx's counsel then attempted to negotiate with Seaguard's counsel on an agreed bond amount, but those efforts were unsuccessful.

A stay of enforcement will take effect upon this Court's approval of a bond. Fed. R. Civ. P. 62(b).

This ex parte application is unopposed, and there is good cause to shorten time for hearing on Voxx's Motion to avoid prolonged exposure to the threat of enforcement after expiration of the automatic stay.

Seaguard's counsel is Andrew Breidenbach, Theodora Oringher PC, 1840 Century Park East, Suite 500, Los Angeles, California 90067-2199, 310-788-3548 (tel.), abreidenbach@tocounsel.com.

## CONCLUSION

For the foregoing reasons, there is good cause to hear Voxx's Motion to Approve Appeal Bond and Stay Enforcement of Judgment on shortened noticed on the following schedule:

1  Seaguard's opposition due by September 5, 2023, at 5:00 p.m.;
2  Voxx's reply due by September 6, 2023, at 5:00 p.m.; and
3  Hearing on September 8, 2023, at 1:30 p.m.

                                          **MICHELMAN & ROBINSON, LLP**

Date: August 31, 2023

                                      Sanford L. Michelman. Mona Z. Hanna,
                                      Matthew E. Yarbrough, Jason Blackstone
                                      Ashley N. Moore, Reuben A. Ginsburg
                                      Jennifer A. Mauri, Adam M. Korn
                                      Attorneys for Respondent/Counter-petitioner
                                      VOXX INTERNATIONAL CORPORATION

### CERTIFICATE OF COMPLIANCE

The undersigned, counsel of record for Voxx International Corporation, certifies that this brief contains 280 words, which complies with the word limit of L.R. 11-6.1.

Date: August 31, 2023

                                        Reuben A. Ginsburg

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME**

## **DECLARATION OF REUBEN GINSBURG**

1. I am an attorney at law and a member of the State Bar of California. I am employed by Michelman & Robinson, LLP, counsel for Voxx International Corporation in the above-captioned action. Except as otherwise stated, the matters set forth in this declaration are within my personal knowledge, and if called as a witness I could and would testify to such facts under oath.

2. Counsel for Seaguard Electronics, LLC, Andrew Breidenbach, informed me that he does not oppose this ex parte application.

3. I emailed and spoke by telephone with Mr. Breidenbach on August 22, 2023, requesting a stipulation to stay enforcement of the judgment pending a ruling on Voxx's proposed motion to amend the judgment. Mr. Breidenbach declined my request.

4. Mr. Breidenbach and I exchanged emails and spoke by telephone in the days following August 22 in an effort to agree on the amount of a bond, but we were unable to reach agreement.

5. I notified Mr. Breidenbach by email on August 30, 2023, that I would file an ex parte application to shorten time on Voxx's Motion to Approve Appeal Bond and Stay Enforcement of Judgment. Mr. Breidenbach agreed to the proposed briefing scheduled set forth above and does not oppose this application.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on August 31, 2023, at Los Angeles, California.

_____
Reuben A. Ginsburg