UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAGUARD ELECTRONICS, LLC,<br><br>Petitioner/Counter-Respondent,<br><br>v.<br><br>VOXX INTERNATIONAL CORPORATION,<br><br>Respondent/Counter-Petitioner. | Case No. 2:22-cv-01651-FLA (MRWx)<br><br>**ORDER DENYING THIRD STIPULATION EXTENDING STAY OF JUDGMENT [DKT. 77] AND EXTENDING STAY ON THE COURT'S OWN MOTION** |

On September 8, 2023, the court extended the stay of execution on the Judgment and proceedings to enforce the Judgment until October 9, 2023.  Dkt. 70.  On October 10, 2023, the court extended the stay of Judgment until October 23, 2023, pursuant to a stipulation by the parties.  Dkt. 74.  On October 26, 2023, the court again extended the stay of Judgment until November 6, 2023, pursuant to a Second Stipulation Extending Stay of Judgment ("Second Stipulation").  Dkt. 76 at 2.  On November 2, 2023, the parties submitted a Third Stipulation Extending Stay of Judgment ("Third Stipulation"), requesting the court extend the stay until December 1, 2023, to allow the parties further time to engage in settlement discussions.  Dkt. 77.

In granting the Second Stipulation, the court advised the parties that they should not expect a further extension of the stay absent a specific showing of diligence and good cause.  Dkt. 76 at 2.  The parties state good cause exists for a third extension "because it appears a settlement is close" and:

> (1) the parties are consulting internally and with third party experts to determine the most feasible and efficient structure for a settlement of this size; (2) principals of each party have been intermittently unavailable due to professional travel commitments, which delayed settlement discussions in October; and (3) the parties are committed to working cooperatively toward settlement and optimistic of a favorable outcome but recognize that the posting of a bond by VOXX [International Corporation] would likely terminate settlement discussions entirely and prematurely.

Dkt. 77 at 2.

The parties do not present any specific facts or a supporting declaration in support of their request.  *See* Dkt. 77.  The parties' assertion that "it appears a settlement is close" is alone insufficient to establish good cause for a further extension.  Accordingly, the Third Stipulation is DENIED.  Nevertheless, in light of the parties' representations and the upcoming holiday season, the court exercises its discretion to EXTEND the stay of Judgment and proceedings to enforce the Judgment until January 5, 2024.  The parties are advised again that they should not expect any further extensions of this stay, absent a specific factual showing sufficient to establish diligence and good cause.

IT IS SO ORDERED.

Date: November 13, 2023

FERNANDO L. AENLLE-ROCHA
United States District Judge

2